Benjamin T. Andersen
1000 SW Broadway #1740
Portland, Oregon  97205
t. 503.860.2531
bta@btandersen.com

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                              Plaintiff,<br>v.<br>Justice Del CARPIO,<br>                              Defendants. | Case No. 3:24-CR-342-SI-03<br><br>AMENDED MOTION TO CONTINUE/RESET TRIAL DATE |

Undersigned counsel moves this court for an order resetting the trial date, presently set for September 30, 2025, to a trial date in **May of 2026**, to coincide with the trail date to be set for co-defendants.  This amended motion is made to allow counsel to adequately investigate the case, as further detailed by the declaration in support of this motion.  This amended motion requests a date in-line with other co-defendant's motions.

AUSA Parakram Singh does not oppose this motion.

Respectfully submitted this 16th day of September 2025.

_____
Benjamin T. Andersen, OSB 06256